435 A.2d 267

Commonwealth ex rel., Leveritt v. Hewitt.

Appeal of Vernon F. Leveritt.

Submitted March 21, 1980. Joseph W. Mullin, Public Defender, for appellant; Stewart L. Kurtz, District Attorney, for appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order of court affirmed.

435 A.2d 267

LaFontaine DDS & Maurer DDS v. Gelb et ux., Appellants.

Submitted March 20, 1980. Jeffrey M. Miller, for appellants; William Brennan, for appellees.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.